United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARVIN HARRIS, D99649,
Petitioner,
v.
R. CHAVEZ, et al.,
Respondent(s).

Case No. 26-cv-10491-CRB (PR)

**ORDER OF DISMISSAL**

(ECF No. 3)

This habeas corpus action for a writ of habeas corpus under 28 U.S.C. § 2254 was filed on September 14, 2026. The court notified petitioner in writing at that time that the action was deficient because petitioner did not pay the requisite $5.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis (IFP) application, including a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months. See 28 U.S.C. § 1915(a)(2). Petitioner was advised that failure to file the requested items within 28 days would result in dismissal of the action.

More than 40 days have passed, and petitioner has not provided the court with the requisite items or sought an extension of time to do so. Petitioner only filed a handwritten partial application for leave to file a second or successive petition under § 2254 petition and a request for a copy of the Ninth Circuit's form application for leave to file a second or successive petition under § 2254.

This action is dismissed without prejudice for failure to pay the requisite filing fee or file an IFP application. The clerk is instructed to close the case, terminate all pending motions (ECF No. 3) as moot and send petitioner a copy of the Ninth Circuit's Form 12 – Application for Leave to File Second or Successive Petition under § 2254 – and Instructions for Form 12.

**IT IS SO ORDERED**.

Dated: October 29, 2026



CHARLES R. BREYER
United States District Judge